AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Shaffer, Craig B. | 2. Court or Organization  District of Colorado | 3. Date of Report  05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ✔ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty Member | University of Denver, Sturm College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | University of Denver, Sturm College of Law - compensation as Adjunct Facilty Member | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | self-employed diversity consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kansas Legal Revitalization Conference | 02/01/2017 - 02/02/2017 | Kansas City, Kansas | panelist addressing e-discovery issues | airfare, hotel charges, fees to and from airport |
| 2. | Arizona State University, Sandra Day O'Connor Law School | 03/08/2017 - 03/11/2017 | Phoenix, Arizona | panelist addressing e-dscovery issues | airfare |
| 3. | Meeting of the Civil Rules Advisory Committee | 04/24/2017 - 04/26/2017 | Austin, Texas | Civil Rules Committee sessions | airfare, taxi fares, airport parking |
| 4. | LCJ Membership Meeting | 05/04/2017 - 05/05/2017 | Washington, D.C. | presentation regarding Fed. R. Civ. P. 30(b)(6) | airfare, hotel charges, taxi fares, airport parking |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shaffer, Craig B.** | 05/15/2018 |

| 5. | Amrican Law Institute, Environmental Litigation Seminar | 06/21/2017 - 06/23/2017 | Washington, D.C. | seminar on environmental litigation | airfare, hotel charges, taxi fares, airport parking |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank account | A | Interest | J | T | | | | | |
| 2. Schwab Money Market Fund | B | Interest | K | T | | | | | |
| 3. BMO Intermediate Tax Free CL Y | B | Int./Div. | L | T | | | | | |
| 4. Guggenheim S&P Technology ETF | D | Int./Div. | K | T | | | | | |
| 5. SPDR S&P 500 ETF | D | Int./Div. | K | T | | | | | |
| 6. Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | | | | | |
| 7. Oppenheimer International Small Cap | A | Int./Div. | K | T | | | | | |
| 8. Vanguard Telecommunication Services ETF | A | Int./Div. | J | T | | | | | |
| 9. USAA Tax Exempt Intermediate | B | Int./Div. | K | T | | | | | |
| 10. SPDR Dow Jones Global Real Estate ETF | B | Int./Div. | K | T | | | | | |
| 11. Trust No. 2 | A | Interest | J | T | | | | | |
| 12. - Schwab Money Market Fund | B | Interest | J | T | | | | | |
| 13. IRA - II | | | | | | | | | |
| 14. - Schwab Money Market Fund | | None | J | T | | | | | |
| 15. - Schwab 1000 Fund - Select | C | Int./Div. | J | T | | | | | |
| 16. - Vanguard Small Cap | E | Int./Div. | L | T | | | | | |
| 17. - T.Rowe Price Personal Strategy Growth Fund | C | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - The Charles Schwab Corp. common stock | C | Int./Div. | J | T | | | | | |
| 19. - Doubleline Total Return | | Int./Div. | M | T | | | | | |
| 20. - Dodge & Cox International Stock Fund | | Int./Div. | L | T | | | | | |
| 21. - Parnassus Equity Income Fund | C | Int./Div. | K | T | | | | | |
| 22. - Vanguard Equity Income Fund - Admiral Shares | D | Int./Div. | L | T | | | | | |
| 23. - Seafarer Overseas Growth | C | Int./Div. | L | T | | | | | |
| 24. - Ridgworth Seix High Yield | | Int./Div. | K | T | | | | | |
| 25. - Baird Core Plus Bond Inst. | | Int./Div. | M | T | | | | | |
| 26. - Lazard International Strategic Equity Open Shares | | Int./Div. | J | T | | | | | |
| 27. - Ridgeworth SEIX Float Rate High Inc I | A | Int./Div. | J | T | | | | | |
| 28. IRA - III | | | | | | | | | |
| 29. - Schwab Money Market Fund | | None | J | T | | | | | |
| 30. - Metropolitan West Total | C | Int./Div. | K | T | | | | | |
| 31. - Wasatch International Growth Fund | C | Int./Div. | K | T | | | | | |
| 32. - Vanguard Global Ex US Real Estate ETF | B | Int./Div. | K | T | | | | | |
| 33. - Tributary Small Co. Instl | D | Int./Div. | K | T | | | | | |
| 34. - FMI International Fund | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - MFS Emerging Markets Debt Fund | C | Interest | K | T | | | | | |
| 36. - Vanguard High Yield Corp Fund Admiral Share | A | Int./Div. | K | T | | | | | |
| 37. Trust No. 3 | | | | | | | | | |
| 38. - Schwab Money Market Fund | | None | K | T | | | | | |
| 39. - Dow Chemical Co. stock | C | Int./Div. | J | T | | | | | |
| 40. - Pimco Incm Inst. Cl. Bond Fund | A | Dividend | L | T | | | | | |
| 41. - TCW Total Return Bond Fund | B | Int./Div. | J | T | Sold | 10/22/17 | J | A | |
| 42. - Artisan International Value Fund | D | Int./Div. | K | T | | | | | |
| 43. - JPMorgan Growth Advantage | E | Int./Div. | K | T | | | | | |
| 44. - JP Morgan Large Cap Growth | C | Int./Div. | K | T | | | | | |
| 45. - Guggenheim S&P 500 ETC | E | Int./Div. | K | T | | | | | |
| 46. - IShares Russell ETF | E | Dividend | L | T | | | | | |
| 47. - IShares TR MSCI EAFE | C | Dividend | K | T | | | | | |
| 48. - Vanguard Value ETF | D | Dividend | K | T | | | | | |
| 49. - Matthews Asia Dividend Fund | B | Int./Div. | L | T | | | | | |
| 50. - Vanguard FTSE All World | D | Int./Div. | J | T | | | | | |
| 51. - JPMorgan US Equity Select Shares | D | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. BMO Intermediate Tax Free | B | Int./Div. | L | T | Buy | 04/07/17 | L | B | |
| 53. Oppenheimer International Small | D | Int./Div. | L | T | Buy | 04/07/17 | L | | |
| 54. USAA Tax Exempt Intermediate | C | Interest | K | T | Buy | 02/10/17 | K | | |
| 55. Vanguard Energy ETF | A | Int./Div. | J | T | Buy | 03/22/17 | J | | |
| 56. Vanguard FTSE Developed Markets | D | Int./Div. | K | T | Buy | 03/22/17 | K | | |
| 57. Vauguard FTSE Emerging Markets | C | Int./Div. | K | T | Buy | 03/22/17 | K | | |
| 58. Trust No. 4 | | | | | | | | | |
| 59. - Capital One Financial CP | B | Int./Div. | J | T | | | | | |
| 60. - General Electric Co. common stock | C | Int./Div. | K | T | Sold | 06/26/17 | J | A | |
| 61. - Home Depot Inc. common stock | C | Int./Div. | J | T | | | | | |
| 62. - Honeywell International common stock | B | Int./Div. | J | T | | | | | |
| 63. - Johnson & Johnson common stock | D | Int./Div. | J | T | | | | | |
| 64. - JP Morgan Chase & Co. common stock | C | Int./Div. | J | T | | | | | |
| 65. - Pepsico Inc. common stock | A | Dividend | J | T | | | | | |
| 66. - Powershs Exchange Trade | B | Int./Div. | | | Sold | 12/19/17 | J | B | |
| 67. - Harbor International Fund | B | Int./Div. | | | Sold | 12/19/17 | J | B | |
| 68. - T. Rowe Price Blue Chip Fund | E | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - T. Rowe Price Small Cap Fund | D | Int./Div. | K | T | | | | | |
| 70. - Westcore Co. Tax Exempt Fund | A | Int./Div. | L | T | | | | | |
| 71. - United States Commodity Fund | B | Interest | | | Sold | 12/19/17 | J | B | |
| 72. - Energy Select Sector SPDR ETF IV | B | Int./Div. | J | T | | | | | |
| 73. - IShares Core MSCI Emerging ETF | B | Int./Div. | J | T | | | | | |
| 74. - IShares MSCI EAFE Small Cap ETF | B | Int./Div. | J | T | Buy | 06/26/17 | J | | |
| 75. - Vanguard Intermediate Term Tax Exempt Fund | B | Int./Div. | L | T | | | | | |
| 76. IRA IV | | | | | | | | | |
| 77. - Schwab Money Market Fund | | None | J | T | | | | | |
| 78. - Vanguard Reit ETF | A | Int./Div. | J | T | | | | | |
| 79. - Wisdomtree International Small Cap | A | Int./Div. | J | T | | | | | |
| 80. - Tributary Small Co Instl | A | Int./Div. | J | T | | | | | |
| 81. - Vanguard Dividend Appreciation ETF | A | Int./Div. | J | T | | | | | |
| 82. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Craig B. Shaffer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544